# EAGLEBANK

Last statement: May 31, 2023
This statement: June 30, 2023
Total days in statement period: 30

THE LAURAVIN LUXURY APARTMENT
HOMES III LLC
5614 CONNECTICUT AVE NW SUITE 134
WASHINGTON DC 20015-2604

Page 1 of 1
XXXXXX4404
( 0)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

## Business Checking

| | | | |
|---|---|---|---|
| Account number | 4404 | Beginning balance | $4,757.77 |
| Low balance | $4,757.77 | Total additions | .00 |
| Average balance | $4,757.77 | Total subtractions | .00 |
| Avg collected balance | $4,757 | Ending balance | $4,757.77 |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $36.00 |

*Thank you for banking with EagleBank*