# EAGLEBANK

Last statement: June 30, 2023
This statement: July 31, 2023
Total days in statement period: 31

THE LAURAVIN LUXURY APARTMENT
HOMES III LLC
5614 CONNECTICUT AVE NW SUITE 134
WASHINGTON DC 20015-2604

Page 1 of 1
XXXXXX4404
( 0)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

## Business Checking

| | | | |
|---|---|---|---|
| Account number | 4404 | Beginning balance | $4,757.77 |
| Low balance | $3,959.89 | Total additions | .00 |
| Average balance | $4,129.75 | Total subtractions | 797.88 |
| Avg collected balance | $4,129 | Ending balance | $3,959.89 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1452 | 07-03 | 427.88 | 1454 | 07-19 | 120.00 |
| 1453 | 07-10 | 250.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 4,757.77 | 07-10 | 4,079.89 | | |
| 07-03 | 4,329.89 | 07-19 | 3,959.89 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $36.00 |

*Thank you for banking with EagleBank*